## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 792 - 1 | **DATE** | 12/17/2007 |
| **CASE TITLE** | USA vs. Keith Wilson | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the information and enters a plea of not guilty to all counts of the information Defendant informed of rights. 16.1(a) conference to be held by or on 1/3/08. Pretrial motions to be filed by or on 2/4/08; any response by or on 2/19/08; any reply by or on 2/26/08. Ruling by mail on or by 3/26/08. Status hearing set before Judge Gottschall on 1/30/08 at 9:30 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 1/30/08 pursuant to 18:3161(a)(1)(F)   (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|