AO 455 (Rev. 5/85) Waiver of Indictment



FILED
DEC 17 2007
December 17, 2007
MAGISTRATE JUDGE
MORTON DENLOW

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

KEITH WILSON

WAIVER OF INDICTMENT

CASE NUMBER: 07CR 792

I, __KEITH WILSON__, the above named defendant, who is charged with three counts of wire fraud, in violation of Title 18, United States Code, Section 1343, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __December 17, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer