**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                    Case No.: 1:07−cr−00792
                                                      Honorable Joan B. Gottschall

Keith Wilson
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, January 30, 2008:


        MINUTE entry before Judge Joan B. Gottschall as to Keith Wilson: Status hearing held on 1/30/2008. Status hearing set for 2/20/2008 at 09:30 AM. Time is excluded through 2/20/2008 for continuity of counsel pursuant to 18:3161(h)(8)(B)(iv). Mailed notice (rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.