**FILED**

FEB 1 1 2008

FEB 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Vs- | ) NO.   07 CR 792 |
| | ) Violation: Title 18, United |
| KEITH WILSON, | ) States Code, Section 1343 |
| | ) |

## MOTION TO WITHDRAW

The Law Offices of Thomas Glasgow, LTD attorneys for Keith Wilson, moves to withdraw from employment in this matter pursuant to local Rule L.R. 83.17 of the Rules of the US District Court-Northern District and Article VIII and Rule 1.16 of the Illinois Rules of Professional Conduct.. In support, The Law Offices of Thomas Glasgow, LTD states as follows:

1. Keith Wilson has failed to fully cooperate with The Law Offices of Thomas Glasgow, LTD and due the breakdown of communication, it is impossible for the defendant to cooperate in his own defense.
2. A copy of this Motion to Withdraw was personally delivered to Keith Wilson and he was informed of the basis for this motion and advised that he should retain other counsel in this matter or file with this Honorable Court a supplementary appearance stating an address at which service of notice or other papers may be had upon him.
3. Permitting Movant to withdraw as counsel for Plaintiff will not jeopardize Plaintiff's case or otherwise negatively impact their legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

WHEREFORE, for the foregoing reasons, The Law Offices of Thomas Glasgow, LTD respectfully requests that this Honorable Court enter an order granting its Motion to Withdraw as counsel of record for Keith Wilson in this matter.

Respectfully Submitted,

Thomas Glasgow

The Law Offices of Thomas Glasgow, LTD
1834 Walden Office Square, Suite 500
Schaumburg, Illinois 60173
(847) 654-0650
Atty No: 6220641