UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) Gottschall
)
Vs- ) NO. 07 CR 792
) Violation: Title 18, United
KEITH WILSON, ) States Code, Section 1343

### NOTICE OF MOTION

FILED
FEB 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Patrick Fitzgerald
United States Attorney
Stephen Kubiatowski
Assistant U.S. Attorney
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on February 28, 2008 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall or any other Judge sitting in her stead in Courtroom 2325 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Defendant's Motion to Withdraw as Counsel, a copy of which is attached hereto and herewith served upon you.

The Law Offices of Thomas Glasgow, LTD
Attorney for Defendant
1834 Walden Office Square, Suite 500
Schaumburg, Illinois 60173
Atty. No. 6220641

Thomas Glasgow

U.S. District Court )
) SS
Northern District of Illinois )

The undersigned certifies that a copy of the attached instrument was served upon all parties to the above-cause in person on February 11, 2008.

Thomas Glasgow