## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 792 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Keith Wilson | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Status hearing held and continued to 4/23/2008 at 9:30AM. Law Offices of Thomas Glasgow, Ltd attorneys motion to withdraw as counsel [11] is granted. The appearance of The Law Offices of Thomas Glasgow, LTD is withdrawn. Oral motion by Stephen Komie for leave to file appearance on behalf of Defendant is granted. Government to tender discovery to new counsel by 3/6/2008. Pretrial motions are extended and due by 3/27/2008. Responses by 4/17/2008. Replies by 5/1/2008. Ruling by mail by 6/2/2008. Jury trial is set for 6/23/2008 at 9:00AM. Time is excluded filing through disposition of pretrial motions through 6/2/2008 pursuant to 18:3161(h)(1)(F).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|