IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.    07 CR 792 |
| | ) | |
| KEITH WILSON, | ) | Honorable Joan B. Gottschall |
| | ) | District Judge, Presiding |
| Defendant. | ) | |

MOTION FOR PRE-TRIAL ACCESS TO WITNESSES

NOW COMES the Defendant, KEITH WILSON, by and through his attorney, STEPHEN M. KOMIE of KOMIE AND ASSOCIATES, and respectfully moves this Honorable Court pursuant to the provisions of Rule 12 of the Federal Rules of Criminal Procedure, and the Fourth, Fifth, and Sixth Amendments to the Constitution of the United States to order the Government to provide pre-trial access to witnesses in this case.

This motion is based upon the instant motion, the attached memorandum in support of Motion for Pre-trial Access to Witnesses, the files and records in the case, and any and all other matters that may come to the Court's attention prior to or during the hearing of the instant motion.

Respectfully submitted,
KEITH WILSON, Defendant
by and through his attorneys,
KOMIE AND ASSOCIATES

By:    /s/  Stephen M. Komie
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800