IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 792 |
| | ) | |
| KEITH WILSON, | ) | Honorable Joan B. Gottschall |
| | ) | District Judge, Presiding |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

NOW COMES, Defendant, KEITH WILSON, by and through his attorney, STEPHEN M. KOMIE of KOMIE AND ASSOCIATES, respectfully moves this Honorable Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order setting a date for early return of trial subpoenas to be issued by Defendant in this case.

Respectfully submitted,

KEITH WILSON, Defendant
by and through his attorneys,
KOMIE AND ASSOCIATES

By:   /s/  Stephen M. Komie
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800