IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 792 |
| | ) | |
| KEITH WILSON, | ) | Honorable Joan B. Gottschall |
| | ) | District Judge, Presiding |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Mr. Stephen A. Kubiatowski
Assistant United States Attorney
219 South Dearborn, 5th floor
Chicago, Illinois  60604

PLEASE TAKE NOTICE on the 27th day March, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the Defendant's **Motion to Require Notice of Intention to Use Other Crimes, Wrongs, or Acts Evidence; Motion to Discover Use of Electronic Devices; Motion for Pre-Trial Access to Witness; Motion for Leave to File Additional Pre-Trial Motions; Memorandum in Support of Motion For Pre-Trial Access to Witnesses; Motion to Preclude Prosecutor From Conferring With Prosecution Witnesses; Motion for Attorney Voir Dire; Memorandum in Support of Motion for Attorney Voir Dire; Motion for Disclosure of Impeaching Information; Memorandum in Support of Motion for Disclosure of Impeaching Information; and Defendant's Motion for Early Return of Trial Subpoenas.**

         /s/ Stephen M. Komie
Attorney for Defendant
Komie and Associates
One N. LaSalle Street, #4200
Chicago, Illinois  60602
(312)  263-2800

**PROOF OF SERVICE**

  The undersigned, an attorney, deposes and states that a true and correct copy of Defendant's Notice of Filing and **Motion to Require Notice of Intention to Use Other Crimes, Wrongs, or Acts Evidence; Motion to Discover Use of Electronic Devices; Motion for Pre-Trial Access to Witness; Motion for Leave to File Additional Pre-Trial Motions; Memorandum in Support of Motion For Pre-Trial Access to Witnesses; Motion to Preclude Prosecutor From Conferring With Prosecution Witnesses; Motion for Attorney Voir Dire; Memorandum in Support of Motion for Attorney Voir Dire; Motion for Disclosure of Impeaching Information; Memorandum in Support of Motion for Disclosure of Impeaching Information; and Defendant's Motion for Early Return of Trial Subpoenas** has been served upon the below named party(ies), by filing said document in the CM/ECF system on the 27th day of March, 2008.

Mr. Stephen A. Kubiatowski
Assistant United States Attorney
219 South Dearborn, 5th floor
Chicago, Illinois  60604

                   /s/ Stephen M. Komie
                   Attorney for Defendant
                   Komie and Associates
                   One N. LaSalle Street, #4200
                   Chicago, Illinois  60602
                   (312)  263-2800