# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 792 - 1 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Keith Wilson | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/18/2008 at 9:30AM.  Jury trial set for 6/23/2008 at 9:00AM is stricken and reset to 11/3/2008 at 9:00AM.  Time is excluded through 11/3/2008 pursuant to 18:3161(h)(8)(A)(B).

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|