IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 792 |
| | ) | |
| KEITH WILSON, | ) | Honorable Joan B. Gottschall |
| | ) | District Judge, Presiding |
| Defendant. | ) | |

**NOTICE OF VACATION**

TO:   Mr. Stephen A. Kubiatowski
Assistant United States Attorney
219 South Dearborn, 5th floor
Chicago, Illinois  60604

PLEASE TAKE NOTICE, that the law firm of Komie and Associates shall close its doors on June 27, 2008 for its annual vacation in celebration of the Independence of the United States.

Please note, we will return to work on July 14, 2008. Please accommodate us by not setting any motions or noticing any depositions during the period of our annual vacation. We thank you in advance for your anticipated courtesy.

    Respectfully submitted,
    Defendants by and through their attorney

    /s/ Stephen M. Komie
    Stephen M. Komie
    Komie and Associates
    One N. LaSalle Street, Suite 4200
    Chicago, Illinois 60602
    312/263-2800

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, deposes and states that a true and correct copy of Defendant's Notice of Vacation has been served upon the below named party(ies), by filing said document in the CM/ECF system on the 27th day of June, 2008.

    Mr. Stephen A. Kubiatowski  
    Assistant United States Attorney  
    219 South Dearborn, 5th floor  
    Chicago, Illinois  60604

                                                      /s/ Stephen M. Komie